UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61100-CIV-ALTMAN

**HOWARD COHAN**,

    *Plaintiff*,

v.

**POWERLINE FOODS, INC.**,

    *Defendant*.

_____/

<u>**ORDER**</u>

**THIS MATTER** comes before the Court on the parties' Joint Notice of Settlement [ECF No. 26]. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal on or before **August 6, 2020**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 6th day of July 2020.

                                                            _____
                                                            ROY K. ALTMAN
                                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record