UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-cv-61100-RKA

HOWARD COHAN,

    Plaintiff,

vs.

POWERLINE FOODS, INC.
a Florida Profit Corporation
d/b/a MCDONALD'S #5002

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, POWERLINE FOODS, INC., a Florida Profit Corporation, d/b/a MCDONALD'S #5002, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against POWERLINE FOODS, INC., a Florida Profit Corporation, d/b/a MCDONALD'S #5002; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED August 6, 2020.

| | |
|---|---|
| By: /s/ **Gregory S. Sconzo** | By: /s/ **Justin C. Sorel** |
| Gregory S. Sconzo, Esq. | Justin C. Sorel |
| Florida Bar No.: 0105553 | Florida Bar No. 0016256 |
| Sconzo Law Office, P.A. | **Cole, Scott & Kissane, P.A.** |
| 3825 PGA Boulevard, Suite 207 | 222 Lakeview Avenue, Suite 120 |
| Palm Beach Gardens, FL 33410 | West Palm Beach, Florida 33401 |
| Telephone: (561) 729-0940 | Tel: 561.383.9200 |
| Facsimile: (561) 491-9459 | Fax: 561.683.8977 |
| Service Email: sconzolaw@gmail.com | Email: justin.sorel@csklegal.com; |
| Email: greg@sconzolawoffice.com | *Attorney for Defendant* |
| Attorney for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**